# **EXHIBIT 1**


**Digital – in the vehicle**
Familiarize yourself with the contents of the Operator's Manual directly via the vehicle's multimedia system (menu item "Vehicle information"). Start with the quick guide or broaden your knowledge with practical tips.


**Vehicle document wallet**
Here you can find comprehensive information about operating your vehicle and about services and guarantees in printed form.


**Digital – on the Internet**
You can find the Operator's Manual on the Mercedes-Benz homepage.


**Digital – as an app**
The Mercedes-Benz Guides app is available free-of-charge in familiar app stores.


1675841902

 Apple® iOS

 Android™


GLE

Mercedes-Benz

GLE
Operator's Manual

Mercedes-Benz



Order no. P167 0061 13   Part no. 167 584 19 02
Edition A 2020

## Front passenger airbag warning



Example

> ⚠ **WARNING** Risk of injury or fatal injuries if the front-passenger airbag is enabled
>
> If the front-passenger front airbag is enabled, a child on the front-passenger seat may be struck by the front-passenger airbag during an accident.
>
> NEVER use a rearward-facing child restraint system on a seat with an ENABLED FRONT AIRBAG, DEATH or SERIOUS INJURY to the CHILD can occur.

Observe the chapter "Children in the vehicle".

## Publication details

### Internet

Further information about Mercedes-Benz vehicles and about Daimler AG can be found on the following websites:

http://www.mbusa.com (USA only)

http://www.mercedes-benz.ca (Canada only)

### Documentation team

©Daimler AG: not to be reprinted, translated or otherwise reproduced, in whole or in part, without written permission from Daimler AG.

### Vehicle manufacturer

Daimler AG

Mercedesstrasse 137

70327 Stuttgart

Germany

As at 27.09.2018

### Welcome to the world of Mercedes-Benz

Before you first drive off, read this Operator's Manual carefully and familiarize yourself with your vehicle. For your own safety and a longer operating lifespan, follow the instructions and warning notices in this Operator's Manual. Disregarding them may lead to damage to the vehicle or personal injury.

Vehicle damage resulting from the disregard of the instructions is not covered by the Mercedes-Benz Limited Warranty.

The equipment or model designation of your vehicle may vary according to:
- Model
- Order
- National version
- Availability

Mercedes-Benz reserves the right to introduce changes in the following areas:
- Design
- Equipment
- Technical features

The equipment in your vehicle may therefore differ from that shown in the descriptions and illustrations.

The following are integral parts of the vehicle:
- Digital Operator's Manual
- Printed Operator's Manual
- Maintenance Booklet
- Equipment-dependent supplements

Keep these documents in the vehicle at all times. If you sell the vehicle, always pass all of the documents on to the new owner.

Mercedes-Benz USA, LLC

Mercedes-Benz Canada, Inc.

A Daimler Company

1675841902



| | |
|---|---|
| **Symbols** ................................................. | 5 |

| | |
|---|---|
| **At a glance** ........................................... | 6 |
| Cockpit ...................................................... | 6 |
| Warning and indicator lamps ...................... | 10 |
| Overhead control panel .............................. | 12 |
| Door control panel and seat adjustment ....... | 14 |
| Control settings in the rear passenger compartment ................................................ | 16 |
| Emergencies and breakdowns ..................... | 18 |

| | |
|---|---|
| **Digital Operator's Manual** ......................... | 20 |
| Calling up the Digital Operator's Manual ...... | 20 |

| | |
|---|---|
| **General notes** ......................................... | 22 |
| Protecting the environment ........................ | 22 |
| Genuine Mercedes-Benz parts ..................... | 23 |
| Operator's Manual ..................................... | 23 |
| Service and vehicle operation ..................... | 24 |
| Operating safety ........................................ | 25 |
| Declaration of conformity for wireless vehicle components ..................................... | 27 |
| Diagnostics connection .............................. | 27 |
| Qualified specialist workshop ...................... | 28 |
| Correct use of the vehicle ........................... | 28 |
| Problems with your vehicle ......................... | 29 |
| Reporting safety defects ............................. | 29 |
| Limited Warranty ....................................... | 29 |
| QR code for rescue card ............................. | 30 |
| Data storage ............................................. | 30 |
| Copyright ................................................. | 33 |

| | |
|---|---|
| **Occupant safety** ..................................... | 35 |
| Restraint system ........................................ | 35 |
| Seat belts ................................................. | 37 |
| Airbags .................................................... | 42 |
| PRE-SAFE® system ................................... | 49 |
| Safely transporting children in the vehicle ......................................................... | 51 |
| Notes on pets in the vehicle ........................ | 66 |

| | |
|---|---|
| **Opening and closing** ................................ | 67 |
| SmartKey .................................................. | 67 |
| Doors ....................................................... | 71 |
| Cargo compartment ................................... | 75 |
| Side windows ............................................ | 80 |
| Sliding sunroof .......................................... | 84 |
| Roller sun blinds ........................................ | 89 |
| Anti-theft protection .................................. | 92 |

| | |
|---|---|
| **Seats and stowing** ................................... | 95 |
| Notes on the correct driver's seat position ......................................................... | 95 |
| Seats ....................................................... | 96 |
| Steering wheel .......................................... | 109 |
| Easy entry and exit feature ......................... | 111 |
| Operating the memory function .................. | 112 |
| Stowage areas .......................................... | 113 |
| Cup holder ................................................ | 127 |
| Ashtray and cigarette lighter ....................... | 129 |
| Sockets .................................................... | 130 |
| Wireless charging of the mobile phone and connection with the exterior antenna .. | 132 |
| Installing/removing the floor mats ............. | 134 |

| | |
|---|---|
| **Light and visibility** ................................... | 135 |
| Exterior lighting ......................................... | 135 |
| Interior lighting .......................................... | 140 |
| Windshield wiper and windshield washer system ....................................................... | 142 |
| Mirrors ..................................................... | 146 |

Operating the sun visors ............................ 149
Area permeable to radio waves on the windshield ................................................... 150
Infrared-reflective windshield function ........ 150

**Climate control** ........................................ **151**
Overview of climate control systems ........... 151
Operating the climate control system ......... 152

**Driving and parking** ............................... **160**
Driving ........................................................... 160
DYNAMIC SELECT switch ............................. 173
Automatic transmission ............................... 175
Function of 4MATIC ..................................... 179
Refueling ....................................................... 180
Parking .......................................................... 183
Driving and driving safety systems ............. 192
Trailer hitch .................................................. 268
Vehicle towing instructions ......................... 272

**Instrument Display and on-board computer** .................................................... **273**
Instrument Display overview ....................... 273
Overview of the buttons on the steering wheel ............................................................. 274
Operating the on-board computer .............. 275
Adjusting the design of the Instrument Display .......................................................... 276
Showing display content on the instrument cluster ............................................... 277
Overview of displays on the multifunction display ................................................... 278
Adjusting the instrument lighting ................ 279
Menus and submenus ................................. 279
Head-up Display .......................................... 286

**Voice Control System** ............................. **288**
Notes on operating safety ........................... 288
Operation ..................................................... 288
Using the Voice Control System effectively ............................................................. 291
Essential voice commands ......................... 292

**MBUX multimedia system** ...................... **307**
Overview and operation ............................. 307
System settings ........................................... 344
Fit & Healthy ............................................... 354

Navigation .................................................... 359
Telephone .................................................... 401
Online and Internet functions ..................... 428
Media ........................................................... 435
Radio ........................................................... 442
Sound .......................................................... 450

**Maintenance and care** ........................... **454**
ASSYST PLUS service interval display ........ 454
Engine compartment ................................... 455
Cleaning and care ....................................... 461

**Breakdown assistance** .......................... **471**
Flat tire ........................................................ 471
Battery (vehicle) .......................................... 477
Tow starting or towing away ...................... 482
Electrical fuses ............................................ 487

**Wheels and tires** ..................................... **490**
Notes on noise or unusual handling characteristics .................................................... 490
Notes on regularly inspecting wheels and tires ............................................................. 490

Notes on snow chains ................................. 491
Tire pressure ............................................. 492
Loading the vehicle ................................... 499
Tire labeling .............................................. 503
Definition of terms for tires and loading ..... 508
Changing a wheel ....................................... 511
Emergency spare wheel ............................. 519
Collapsible spare wheel ............................. 522

**Technical data** .......................................... **525**
Notes on technical data ............................. 525
Vehicle electronics .................................... 525
Vehicle identification plate, VIN and
engine number overview ............................ 527
Operating fluids ......................................... 529
Vehicle data .............................................. 536
Trailer hitch .............................................. 539

**Display messages and warning/indi‐
cator lamps** ............................................... **541**
Display messages ...................................... 541
Warning and indicator lamps ..................... 593

**Index** ........................................................ **609**

In this Operator's Manual, you will find the following symbols:

> **⚠ DANGER** Danger due to not observing the warning notices
>
> Warning notices draw your attention to hazards that may endanger your health or life, or the health or life of others.
>
> ▶ Observe the warning notices.

> **🌿 ENVIRONMENTAL NOTE** Environmental damage due to failure to observe environmental notes
>
> Environmental notes include information on environmentally responsible behavior or environmentally responsible disposal.
>
> ▶ Observe environmental notes.

> **❗ NOTE** Damage to property due to failure to observe notes on material damage
>
> Notes on material damage inform you of risks which may lead to your vehicle being damaged.
>
> ▶ Observe notes on material damage.

ⓘ Useful instructions or further information that could be helpful to you.

▶ Instruction

( → page) Further information on a topic

Display  Information on the multifunction display/media display

  Highest menu level, which is to be selected in the multimedia system

  Corresponding submenus, which are to be selected in the multimedia system

\*  Marks a cause



Left-hand drive vehicles

| | | | |
|---|---|---:|---:|
| ① | Steering wheel paddle shifters | → | 177 |
| ② | Combination switch | → | 136 |
| ③ | DIRECT SELECT lever | → | 173 |
| ④ | Media display | → | 311 |
| ⑤ | Climate control systems | → | 152 |
| ⑥ | Hazard warning lamps | → | 137 |
| ⑦ | PASSENGER AIR BAG indicator lamp | → | 47 |
| ⑧ | Glove box | → | 115 |
| ⑨ | Stowage compartment | → | 114 |
| ⑩ | Control knob for volume and switching sound on/off | → | 307 |
| ⑪ | Calls up navigation | → | 359 |
| ⑫ | Calls up the radio | → | 443 |
| | Calls up media | → | 438 |
| ⑬ | Calls up the telephone | → | 402 |
| ⑭ | Control panel for: | | |

| | | | |
|---|---|---:|---:|
| | Individual wheel control (vehicles without Off-road package) or | → | 238 |
| | Manual gearshifting | → | 177 |
| | AIRMATIC or | → | 225 |
| | E-ACTIVE BODY CONTROL | → | 232 |
| | Activates/deactivates ESP® | → | 194 |
| | Downhill Speed Regulation | → | 208 |
| ⑮ | Calls up favorites | → | 329 |
| ⑯ | Calls up vehicle functions | → | 329 |
| ⑰ | Active Parking Assist | → | 255 |
| ⑱ | DYNAMIC SELECT switch | → | 174 |
| ⑲ | Touchpad | → | 311 |
| ⑳ | Start/stop button | → | 161 |
| ㉑ | MBUX multimedia system control panel | → | 311 |
| ㉒ | Adjusts the steering wheel mechanically | → | 109 |
| ㉓ | Adjusts the steering wheel electrically | → | 110 |
| | Switches the steering wheel heater on/off | → | 110 |

| | | | |
|---|---|---|---|
| ㉔ | Control panel for: | | |
| | On-board computer | → | 274 |
| | Cruise control | → | 207 |
| | Active Distance Assist DISTRONIC | → | 212 |

| | | | |
|---|---|---|---|
| ㉕ | Diagnostics connection | → | 27 |
| ㉖ | Unlocks the hood | → | 455 |
| ㉗ | Electric parking brake | → | 189 |
| ㉘ | Light switch | → | 135 |

- technical data for the vehicle
- traffic rules and regulations
- laws and safety standards pertaining to motor vehicles

### Problems with your vehicle

If you should experience a problem with your vehicle, particularly one that you believe may affect its safe operation, we urge you to contact an authorized Mercedes-Benz Center immediately to have the problem diagnosed and rectified. If the problem is not resolved to your satisfaction, please discuss the problem again with an authorized Mercedes-Benz Center or, if necessary, contact us at one of the following addresses:

**In the USA:**

Mercedes-Benz USA, LLC

Customer Assistance Center

One Mercedes-Benz Drive

Sandy Springs, GA 30328

**In Canada:**

Mercedes-Benz Canada, Inc.

Customer Relations Department

98 Vanderhoof Avenue

Toronto, Ontario M4G 4C9

### Reporting safety defects

**USA only:**

The following text is published as required of manufacturers under Title 49, Code of U.S. Federal Regulations, Part 575 pursuant to the "National Traffic and Motor Vehicle Safety Act of 1966".

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying Mercedes-Benz USA, LLC.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or Mercedes-Benz USA, LLC.

To contact NHTSA, you may call the Vehicle Safety Hotline toll-free at 1-888-327-4236 (TTY: 1-800-424-9153) (inside the USA); go to http://www.safercar.gov; or write to: Administrator, NHTSA, 400 Seventh Street, SW., Washington, DC 20590, USA.

Further information on vehicle safety can be found at: http://www.safercar.gov

### Limited Warranty

! **NOTE** Damage to the vehicle arising from violation of these operating instructions.

Damage to the vehicle can arise from violation of these operating instructions.

This damage is not covered either by the Mercedes-Benz implied warranty or by the New- or Used-Vehicle Warranty.

▶ Follow the instructions in these operating instructions on proper operation of



In the following situations, there is a danger of being locked out when the function is activated:
- While the vehicle is being tow started/pushed.
- If the vehicle is being tested on a roller dynamometer.

#### Power closing function

If you push the door into the lock to the first detent position, the power closing function will automatically pull the door into the lock.

#### Locking/unlocking the driver's door with the emergency key

ⓘ If you wish to lock the vehicle entirely using the emergency key, first press the button for locking from the inside while the driver's door is open. Then proceed to lock the driver's door using the emergency key.



▶ **To activate:** press and hold button ② for approximately five seconds until an acoustic signal sounds.

▶ **To deactivate:** press and hold button ① for approximately five seconds until an acoustic signal sounds.

▶ Insert the emergency key as far as it will go into opening ① in the cover.
▶ Pull and hold the door handle.
▶ Pull the cover on the emergency key as straight as possible away from the vehicle until it releases.
▶ Release the door handle.



- ▶ **To unlock:** turn the emergency key counterclockwise to position `1`.
- ▶ **To lock:** turn the emergency key clockwise to position `1`.
- ▶ Carefully press the cover onto the lock cylinder until it engages and is seated firmly.

# Cargo compartment
## Opening the tailgate

**⚠ DANGER** Risk of exhaust gas poisoning

Combustion engines emit poisonous exhaust gases such as carbon monoxide. Exhaust gases can enter the vehicle interior if the tailgate is open when the engine is running, especially if the vehicle is in motion.

- ▶ Always switch off the engine before opening the tailgate.
- ▶ Never drive with the tailgate open.

**❗ NOTE** Damage to the tailgate caused by obstacles above the vehicle

The tailgate swings rearwards and upwards when it is opened.

- ▶ Make sure that there is sufficient space behind and above the tailgate.

**To open the tailgate, the following options are available:**



- ▶ Pull remote opening switch ① for the tailgate.
- ▶ Press and hold the 🗝 button on the SmartKey.
- ▶ **Vehicles with HANDS-FREE ACCESS:** Make a kicking movement with your foot below the bumper (→ page 78).

▶ If the tailgate is unlocked, pull the tailgate handle and release it.
▶ For a tailgate stopped in an intermediate position, pull it upwards and release it as soon as it starts to open.

The tailgate is equipped with an automatic obstruction detection function. If a solid object blocks or restricts the tailgate during automatic opening, this process is stopped. The automatic obstruction detection function is only an aid. It is not a substitute for your attentiveness when you are opening the tailgate.

### Closing the tailgate

⚠ **WARNING** Risk of injury from unsecured items in the vehicle

If objects, luggage or loads are not secured or not secured sufficiently, they could slip, tip over or be thrown around and thereby hit vehicle occupants.

There is a risk of injury, particularly in the event of sudden braking or a sudden change in direction.

▶ Always stow objects in such a way that they cannot be thrown around.
▶ Before the journey, secure objects, luggage or loads against slipping or tipping over.

Observe the notes on loading the vehicle.
**To close the tailgate, the following options are available:**

▶ Pull the tailgate downwards slightly. Release it as soon as it begins to close.

⚠ **WARNING** Risk of becoming trapped during automatic closing of the tailgate

Parts of the body could become trapped during automatic closing of the tailgate. Moreover, people, e.g. children, may be standing in the closing area or may enter the closing area during the closing process.

▶ Make sure that nobody is in the vicinity of the closing area during the closing process.

Use one of the following options to stop the closing process:

- Press the 🔒 button on the SmartKey.
- Press or pull the remote operating switch on the driver's door.
- Press the closing or locking button on the tailgate.
- Pull the tailgate handle.

▶ **Vehicles with HANDS-FREE ACCESS:** it is also possible to stop the closing process by making a kicking movement below the rear bumper.



▶ Switch on the power supply or the ignition.
▶ Press remote operating switch ① for the tailgate.



▶ Press closing button ① on the tailgate.

**Vehicles with KEYLESS-GO**

▶ Press locking button ② on the tailgate.
If a SmartKey is detected outside the vehicle, the tailgate will close and the vehicle will be locked.

▶ Press and hold the 🔑 button on the SmartKey (with the SmartKey in the vicinity of the vehicle).

**Vehicles with HANDS-FREE ACCESS**

▶ Make a kicking movement with your foot below the bumper (→ page 78).

**Automatic reversing function for the tailgate**
The tailgate is equipped with automatic obstruction detection with reversing function. If a solid object blocks or restricts the tailgate during automatic closing, the tailgate will automatically open again slightly. Automatic obstruction detection with reversing function is only an aid. It is not a substitute for your attentiveness when you are closing the tailgate.

▶ During the closing process, make sure that no body parts are in the closing area.

⚠ **WARNING** Risk of becoming trapped despite the reversing function

The reversing function does not react:
- To soft, light and thin objects, e.g. fingers.
- Over the last ⅓ in (8 mm) of the closing path.

In these situations in particular, the reversing function cannot prevent someone being trapped.

▶ When closing, make sure that no body parts are in the closing area.

If someone is trapped:
- Press the 🔓 button on the SmartKey, or
- Press or pull the remote operating switch on the driver's door, or
- Press the closing or locking button on the tailgate, or
- Pull the tailgate handle.

**HANDS-FREE ACCESS function**



With HANDS-FREE ACCESS you can open, close or stop the closing process of the tailgate by performing a kicking movement under the rear bumper.

The kicking movement triggers the opening or closing process alternately.

Observe the notes when opening (→ page 75) and closing (→ page 76) the tailgate.

ⓘ Two warning tones sound when the tailgate is opening or closing.

⚠ **WARNING** Risk of burns caused by a hot exhaust system

The vehicle exhaust system can become very hot. If you use HANDS-FREE ACCESS, you could burn yourself by touching the exhaust system.

▶ Always ensure that you only make a kicking movement within the detection range of the sensors.

❗ **NOTE** Vehicle damage due to unintentional opening of the tailgate

- when using an automatic car wash
- when using a high pressure cleaner

▶ Deactivate KEYLESS-GO or make sure that the key located is at least 10 ft