# **EXHIBIT 2**





